

**HOAGLAND LONGO MORAN, DUNST & DOUKAS, LLP**
ATTORNEYS at LAW

40 Paterson Street
New Brunswick, NJ 08901
Tel: (732) 545-4717  Fax: (732) 545-4579
www.hoaglandlongo.com

Kenneth J. Cesta
Partner
kcesta@hoaglandlongo.com

March 23, 2012

*Filed Electronically*

The Honorable Karen M. Williams, U.S.M.J.
United States District Court - Camden
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

    Re:   **Russel Partch, Derivatively and On Behlaf of Central European Distribution Corporation vs. William V. Carey, et al.**
           Docket No.:  1:12-cv-00718-JBS-KMW

Dear Judge Williams:

    This firm represents the Nominal Defendant, Central European Distribution Corporation, in the above-captioned shareholder derivative action. The Nominal Defendant's answer to the Complaint is currently due on Monday, March 26, 2012. The answer was initially due on March 12, 2012, but was extended by way of the fourteen (14) day clerk's Order entered on March 7, 2012.

    We now request that Your Honor consider the enclosed Stipulation and Order, which has been signed by counsel in the case, extending the time for the Nominal Defendant to answer until April 30, 2012. The allegations and issues in the *Partch* matter are similar to those in another matter that is pending in this Court *Yeung vs. William Carey, et al.*, Docket No. 11-cv-06667 (JBS-KMW). We are addressing the possibility of consolidating these matters, and the additional time would permit the parties to continue these discussions.

    If the enclosed Stipulation and Order is acceptable to Your Honor, we would respectfully request that you kindly enter the same at Your Honor's convenience.

                                                                   Respectfully submitted,

                                                                  KENNETH J. CESTA

KJC:bvm
Enclosure
cc:    Paul B. Brickfield, Esq. of Brickfield & Donahue, Esqs.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSSEL PARTCH, Derivatively on Behalf of Central European Distribution Corporation,<br><br>Plaintiff,<br>vs.<br><br>WILLIAM V. CAREY, CHRISTOPHER BIEDERMANN, DAVID BAILEY, MAREK E. FORYSIAK, ROBERT P. KOCH, MARKUS SIEGER and WILLIAM S. SHANAHAN,<br><br>Defendants,<br>and<br><br>CENTRAL EUROPEAN DISTRIBUTION, CORPORATION.<br><br>Nominal Defendant | CASE NO.: 1:12-cv-00718-JBS-KMW<br><br>**STIPULATION AND ORDER** |

WHEREAS on February 1, 2012, *Partch v. Carey, et al.*, Case No. 12-cv-00718-JBS-KMW (D.N.J.) (the "Partch Action") was filed derivatively by Plaintiff Russell Partch on behalf of CEDC against defendants William V. Carey, Christopher Biedermann, David Bailey, Marek E. Forysiak, Robert P. Koch, Markus Sieger, and William S. Shanahan (the "Individual Defendants") and nominal defendant CEDC (the "Nominal Defendant"); and

WHEREAS, the Nominal Defendant has been served in the Partch Action, while the Individual Defendants have not yet been served; and

WHEREAS, the time for the Nominal Defendant to answer or otherwise plead currently expires on March 26, 2012, pursuant to a Clerk's Order entered on the docket on March 7, 2012; and

WHEREAS the Partch Action sets forth similar allegations and claims as set forth in the derivative action entitled *Yeung v. Carey*, et al. Case No. 11-cv-06667-JBS-KMW (D.N.J.) (the "Yeung Action") which was filed on or about November 11, 2011, and

WHEREAS the parties are considering consolidation of the Partch and Yeung Actions pursuant to Fed. R. Civ. Pro. 42(a);

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Nominal Defendant that, subject to the approval of the Court, the time for the Nominal Defendant to move, answer or otherwise respond to the Complaint in the Partch Action shall be extended through and including April 30, 2012.

DATED: March 23, 2012

_____
Paul B. Brickfield, Esq.
BRICKFIELD & DONAHUE
70 Grand Avenue
River Edge, NJ 07661
TELEPHONE: (201) 488-7707
FAX: (201) 488-9559
*Counsel for Plaintiff Russell Partch*

_____
KENNETH J. CESTA (KJC-2389)
HOAGLAND, LONGO, MORAN, DUNST &
DOUKAS, LLP
40 PATTERSON STREET
NEW BRUNSWICK, NJ 08901
TELEPHONE: (732) 545-4717
FAX: (732) 545-4579

AND

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Counsel for Nominal Defendant*

**IT IS SO ORDERED:**

_____

DATED: _____, 2012

2