IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSSEL PARTCH, Derivatively on Behalf of Central European Distribution Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM V. CAREY, CHRISTOPHER BIEDERMANN, DAVID BAILEY, MAREK E. FORYSIAK, ROBERT P. KOCH, MARKUS SIEGER and WILLIAM S. SHANAHAN,<br><br>Defendants,<br>and<br><br>CENTRAL EUROPEAN DISTRIBUTION, CORPORATION.<br><br>Nominal Defendant | CASE NO.: 1:12-cv-00718-JBS-KMW<br><br>STIPULATION AND ORDER |

WHEREAS on February 1, 2012, *Partch v. Carey, et al.*, Case No. 12-cv-00718-JBS-KMW (D.N.J.) (the "Partch Action") was filed derivatively by Plaintiff Russell Partch on behalf of CEDC against defendants William V. Carey, Christopher Biedermann, David Bailey, Marek E. Forysiak, Robert P. Koch, Markus Sieger, and William S. Shanahan (the "Individual Defendants") and nominal defendant CEDC (the "Nominal Defendant"); and

WHEREAS, the Nominal Defendant has been served in the Partch Action, while the Individual Defendants have not yet been served; and

WHEREAS, the time for the Nominal Defendant to answer or otherwise plead currently expires on April 30, 2012, pursuant to a Clerk's Order entered on the docket on March 26, 2012; and

WHEREAS the Partch Action sets forth similar allegations and claims as set forth in the derivative action entitled *Yeung v. Carey*, et al. Case No. 11-cv-06667-JBS-KMW (D.N.J.) (the "Yeung Action") which was filed on or about November 11, 2011, and

WHEREAS the parties are considering consolidation of the Partch and Yeung Actions pursuant to Fed. R. Civ. Pro. 42(a);

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Nominal Defendant that, subject to the approval of the Court, the time for the Nominal Defendant to move, answer or otherwise respond to the Complaint in the Partch Action shall be extended through and including May 31, 2012.

DATED: April 26, 2012

_____
~~Paul B. Brickfield, Esq.~~ Sandra C. Coira, Esq.
BRICKFIELD & DONAHUE
70 Grand Avenue
River Edge, NJ 07661
TELEPHONE: (201) 488-7707
FAX: (201) 488-9559
*Counsel for Plaintiff Russell Partch*

_____
KENNETH J. CESTA (KJC-2389)
HOAGLAND, LONGO, MORAN, DUNST &
DOUKAS, LLP
40 PATTERSON STREET
NEW BRUNSWICK, NJ 08901
TELEPHONE: (732) 545-4717
FAX: (732) 545-4579

AND

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Counsel for Nominal Defendant*

IT IS SO ORDERED:

_____

DATED: _____, 2012

2